UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| RICHARD MORIN, et al,<br><br>Plaintiffs,<br><br>v.<br><br>FORD MOTOR COMPANY, et al.,<br><br>Defendants. | Case No. 5:26-cv-00007-DTB<br><br>**ORDER CONTINUING ORDER TO SHOW CAUSE** |

On July 21, 2026, the Court granted the Motion to be Relieved as Counsel ("Motion") (Docket No. 17), filed on behalf of the law firm Quill & Arrow, LLP ("Counsel") by Matthew K. Treybig, Esq., attorney of record, to withdraw as counsel of record for Plaintiffs. (Docket No. 23).

In its Order granting the Motion, Plaintiffs were ordered to show cause ("OSC") on August 13, 2026, at 10:00 a.m., in Courtroom 4, United States District Court, 3470 Twelfth Street, 3rd Floor, Riverside, California, why this action should not be dismissed for failure to prosecute. Plaintiffs were advised that if they appear pro se, or with new counsel, prior to the August 13, 2026 hearing on the OSC, the same would be vacated.

On August 13, 2026, the Court continued the OSC to August 19, 2026, at 10:00 a.m.

As of the date of the OSC, Plaintiffs had not appointed substitute counsel, nor appeared pro se. Plaintiffs also failed to appear at the August 19, 2026 OSC, however, Plaintiffs' prior counsel appeared. In light of the matters discussed on the record, the Court hereby continues the OSC to September 18, 2026, at 10:00 a.m.

Plaintiffs are again **ORDERED TO SHOW CAUSE** on September 18, 2026, at 10:00 a.m., in Courtroom 4, United States District Court, 3470 Twelfth Street, 3rd Floor, Riverside, California, why this action should not be dismissed for failure to prosecute. If Plaintiffs appear pro se, or with new counsel, prior to the September 18, 2026 hearing, the same will be vacated.

The action is otherwise **STAYED** until **September 18, 2026**.

Plaintiffs may appoint substitute counsel or appear pro se. Central District of California Local Civil Rule 83-2.3.3. If Plaintiffs choose to proceed pro se, they must file a notice with the Court no later than **September 15, 2026**.

**Plaintiffs are cautioned that failure to timely file a response as directed in this Order *will* result in the dismissal of this action for the foregoing reasons, failure to prosecute, and/or failure to comply with a court order.**

DATED: August 24, 2026

DAVID T. BRISTOW
UNITED STATES MAGISTRATE JUDGE